Name            Eva Tanner-Klaas

Street Address  2443 Fair Oaks Blvd #147

City and County Sacramento

State and Zip Code  CA 95825

Telephone Number  (916) 212-1165

**FILED**

JUN 0 5 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

_Eva Tanner-Klaas_____

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional page
with the full list of names.)*

　　-against-

__Rodolfo L. Garza, Commander, EEOC;

__Department of California Highway Patrol

_____

*(Write the full name of each defendant who is being
sued. If the names of all the defendants cannot fit
in the space above, please write "see attached" in
the space and attach an additional page with the
full list of names.)*

**Complaint for Employment
Discrimination**

2:18- cv . 1 6 2 6 TLN AC PS

Case No. _555-2016-00459_____

*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes ☐ No

　　*(check one)*

**I.    The Parties to This Complaint A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    _Eva Tanner-Klaas_____

Street Address          _2443 Fair Oaks Blvd #147_____

City and County         _Sacramento, Sacramento_____

State and Zip Code      _CA 95825_____

Telephone Number        _(916) 212-1165_____

E-mail Address          _eva@sacto.com_____

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                    _California Highway Patrol, Rodolfo L. Garza

Job or Title            _Commander, Office of Equal Opportunity; CHP
(if known)

Street Address          _601 North 7th Street, A270_____

City and County         _Sacramento, Sacramento_____

State and Zip Code      _CA 95811_____

Telephone Number        _(916) 843-3191_____

E-mail Address          _rodolfo.garza@chp.ca.gov_____
(if known)

Defendant No. 2

Name                    _____

Job or Title            _____
(if known)

Street Address          _____

City and County         _____

State and Zip Code      _____

Telephone Number        _____

2

E-mail Address
(if known) _____

Defendant No. 3

Name _____

Job or Title
(if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address
(if known) _____

Defendant No. 4

Name _____

Job or Title
(if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address
(if known) _____

C.    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name _California Highway Patrol_____

Street Address _601 N. 7th Street_____

City and County _Sacramento, Sacramento_____

State and Zip Code _CA ~~95825~~ _95811_

Telephone Number _~~(916) 212-1165~~ _(916) 843-3191_

3

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

_____

☐    Relevant state law *(specify, if known)*:

_____

☐    Relevant city or county law *(specify, if known)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

    ☐    Failure to hire me.

    ☐    Termination of my employment.

    ☐    Failure to promote me.

    ☐    Failure to accommodate my disability.

    ☒    Unequal terms and conditions of my employment.

    ☒    Retaliation.

    ☒    Other acts *(specify)*: harassment

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s)

___2/20/2015_____through___9/15/2015_____

C.  I believe that defendant(s) *(check one)*:

    ☐    is/are still committing these acts against me.

    ☒    is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

    ☐    race _____

    ☐    color _____

    ☒    gender/sex _____

    ☐    religion _____

    ☐    national origin _____

    ☐    age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

    ☐    disability or perceived disability *(specify disability)*

    _____

E.  The facts of my case are as follows. Attach additional pages if needed.

_____See attached._____

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

        4/12/2016

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*
        3/20/2018 (letter dated 3/15/2018)      .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

    Actual damages requested $180,000.  Had it not been for a situation of

6

_____constructive discharge, I would have worked to have an additional $500/month

_____in my pension benefit. Due to constructive discharge, I calculate a lost value

_____of $500/month times 30 years ($180,000)_____

_____I request punitive damages of an additional $20,000._____

---

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where caserelated papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/4 , 20/8

Signature of Plaintiff     _Eva Tanner-Klaas_

Printed Name of Plaintiff ___Eva Tanner-Klaas_____

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA  [X] EEOC | 555-2016-00459 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Eva Tanner-Klaas | (916) 212-1165 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 2443 Fair Oaks Blvd. 147, Sacramento, CA 95825 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CA HIGHWAY PATROL-HEADQUARTERS | 500 or More | (916) 324-0455 |

| Street Address | City, State and ZIP Code |
|---|---|
| 601 North 7th Street, Sacramento, CA 95811 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-10-2015    Latest: 10-01-2015

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on February 10, 2015. My most recent position was Associate Information Systems Analyst. My supervisor was Eric Anderson, Data Processing Manager II.

I was harassed, intimidated, and subjected to different terms and conditions of employment by Anderson throughout my time with Respondent. I experienced and observed that Anderson treated female subordinates in a harsher manner than male subordinates. For example, Anderson frequently yelled at me, stood over me, and was demeaning in his communication to myself and female coworkers. On May 5, 2015, he required me to lower my self-evaluation scores, although they reflected my work product.

I complained about Anderson multiple times to Respondent, including the Data Processing Manager IV, Jay Song. In August 2015, I complained that he treated me in this manner due to my sex. Respondent eventually transferred me to another supervisor, but did not investigate my complaint or take remedial action. Anderson continued to harass me after my complaint. He frequently walked by my cubicle and glared at me, maneuvered himself into situations where he had to enter my workspace or speak with people around me, or attempted to

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 4/12/16   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 555-2016-00459 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| State or local Agency, if any | |

talk to me, despite being told to stay away from me. For example, on August 15, 2015, Anderson followed me around a room and kept sitting near me during a meeting. I also found that Anderson lives in my neighborhood and saw him outside of work so frequently that I complained to Respondent. I was told by another female manager that I had to file an EEOC complaint because Anderson had a history to treating women in this manner. I became aware that Anderson had been transferred to several different areas within the department and multiple female subordinates were removed or transferred away from his supervision.

Due to the harassment, I felt I had to retire in order to get away from Anderson because Respondent would not correct the situation.

I believe I have been discriminated against due to my sex (female) and in retaliation for my participation in protected activities, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED

APR 14 2016

EEOC - CLC

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 4/18/16<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Eva Tanner-klaas
2443 Fair Oaks Blvd. 147
Sacramento, CA 95825

From: Louisville Area Office
600 Dr Martin Luther King Jr Pl
Suite 268
Louisville, KY 40202

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 555-2016-00459 | Walter G. Boone, Investigator | (502) 582-5839 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

Richard T. Burgamy,
Area Office Director

MAR 15 2018

(Date Mailed)

cc: Rodolfo L. Garza
Commander, Office of Equal Employment
Opportunity
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
601 North 7th Street, A270
Sacramento, CA 95811