Eva Tanner-Klaas
*In Propia Persona*
2443 Fair Oaks Blvd. #147
Sacramento, CA 95825
Telephone: (916) 212-1165
E-mail: eva@sacto.com
*Plaintiff*

Xavier Becerra, State Bar No. 118517
Attorney General of California
Andrea Austin, State Bar No. 173630
Supervising Deputy Attorney General
Kelsey E. Papst, State Bar No. 270547
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7675
Fax: (916) 324-5567
E-mail: Kelsey.Papst@doj.ca.gov
*Attorneys for Defendants*
*Rodolfo L. Garza and Department of California Highway Patrol*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EVA TANNER-KLAAS,**<br><br>Plaintiff,<br><br>v.<br><br>**RODOLFO L. GARZA, Commander, EEOC; DEPARTMENT OF CALIFORNIA HIGHWAY PATROL,**<br><br>Defendants. | 2:18-CV-01626-TLN-AC PS<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT RODOLFO L. GARZA; [PROPOSED] ORDER**<br><br>Judge: Magistrate Allison Claire<br>Action Filed: June 5, 2018 |

1

**STIPULATION OF DISMISSAL OF DEFENDANT RODOLFO L. GARZA**

Plaintiff Eva Tanner-Klaas ("Plaintiff") and Defendant Rodolfo L. Garza hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims and causes of action brought against Rodolfo L. Garza, with Plaintiff and Rodolfo L. Garza each bearing their own attorney's fees and costs.

Dated: September ___, 2018　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　EVA TANNER-KLAAS
　　　　　　　　　　　　　　　　　　　　*In Propia Persona*

Dated: September ___, 2018　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　XAVIER BECERRA
　　　　　　　　　　　　　　　　　　　　Attorney General of California
　　　　　　　　　　　　　　　　　　　　ANDREA AUSTIN
　　　　　　　　　　　　　　　　　　　　Supervising Deputy Attorney General


　　　　　　　　　　　　　　　　　　　　KELSEY E. PAPST
　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　　*Rodolfo L. Garza and Department of*
　　　　　　　　　　　　　　　　　　　　*California Highway Patrol*

1 **[PROPOSED] ORDER OF DISMISSAL OF DEFENDANT RODOLFO L. GARZA**

2 Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE AS TO DEFENDANT RODOLFO L. GARZA. Both Plaintiff and Defendant Rodolfo L. Garza are to bear their own attorney's fees and costs.

Dated: September 25, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SA2018101831
13257491.docx