1  EVA TANNER-KLAAS
   *In Propia Persona*
2    2443 Fair Oaks Blvd. #147
     Sacramento, CA 95825
3    Telephone: (916) 212-1165
     E-mail: eva@sacto.com
4  *Plaintiff*

5  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
6  ANDREA AUSTIN, State Bar No. 173630
   Supervising Deputy Attorney General
7  KELSEY E. PAPST, State Bar No. 270547
   Deputy Attorney General
8    1300 I Street, Suite 125
     P.O. Box 944255
9    Sacramento, CA 94244-2550
     Telephone: (916) 210-7675
10   Fax: (916) 324-5567
     E-mail: Kelsey.Papst@doj.ca.gov
11 *Attorneys for Defendant*
   *Department of California Highway Patrol*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EVA TANNER-KLAAS,** | 2:18-CV-01626-TLN-AC PS |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ENTIRE CASE; [PROPOSED] ORDER** |
| v. | |
| **RODOLFO L. GARZA, Commander, EEOC; DEPARTMENT OF CALIFORNIA HIGHWAY PATROL,** | Judge: Magistrate Allison Claire<br>Action Filed: June 5, 2018 |
| Defendants. | |

**STIPULATION OF DISMISSAL**

Plaintiff Eva Tanner-Klaas ("Plaintiff") and Defendant California Highway Patrol ("CHP")[1] hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs.

Dated: April 12, 2019  Respectfully submitted,

/s/ EVA TANNER-KLAAS

EVA TANNER-KLAAS
*In Propia Persona*

Dated: April 15, 2019  Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ANDREA AUSTIN
Supervising Deputy Attorney General

/s/ KELSEY E. PAPST

KELSEY E. PAPST
Deputy Attorney General
*Attorneys for Defendant*
*Department of California Highway Patrol*

---

[1] The parties previously stipulated to dismiss Defendant Rodolfo L. Garza, and this Court entered an Order dismissing Defendant Garza on September 26, 2018 (Doc. 11).

**[PROPOSED] ORDER OF DISMISSAL**

Pursuant to the above stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE, with each party bearing their own attorney's fees and costs. All dates pending before the undersigned are VACATED. The Clerk of the Court is directed to close the case.

Dated: April 18, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE